UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKOTA FAIRCLOTH,<br>Plaintiff,<br>v.<br>SUSANVILLE SOCIAL SECURITY OFFICE, et al.,<br>Defendants. | No. 2:25-cv-0984-DC-ICD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 5) |

Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On August 21, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. ECF No. 5. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed August 21, 2026, ECF No. 5, are ADOPTED;

2. This action is dismissed without prejudice for lack of prosecution and failure to comply with court rules and orders;

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 13, 2026**

Dena Coggins
United States District Judge